UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:00-cr-5209 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| ALBERT BRISENO, | ) | NOTE AND DEED OF TRUST |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having been sentenced and having been remanded to custody;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

IT IS SO ORDERED.

Dated:   March 3, 2006            /s/ Oliver W. Wanger
emm0d6                         UNITED STATES DISTRICT JUDGE